

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Pro Specialties Group, Inc.
                            **Plaintiff,**
v.

BDA, Inc., et al.
                            **Defendant.**

Civil No. 3:17-cv-00740-MMA-KSC

## PRO HAC VICE APPLICATION

Bensussen Deutsch & Associates, LLC
Party Represented

I, **Christopher M. Wyant** (Applicant) hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

    My firm name: **K&L Gates LLP**
    Street address: **925 Fourth Avenue, Suite 2900**
    City, State, ZIP: **Seattle, WA, 98104-1158**
    Phone number: **(206) 623-7580**
    Email: **chris.wyant@klgates.com**

    That on **11/15/2004** (Date) I was admitted to practice before **Washington State Supreme Court** (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and

that I  ☐ have)  ☒ have not)   concurrently or within the year preceding this application made any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted  ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

*(Signature of Applicant)*

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

**Caitlin C. Blanche**
(Name)

**(949) 253-0900**
(Telephone)

**K&L Gates LLP**
(Firm)

**1 Park Plaza, 12th Floor**
(Street)

**Irvine**
(City)

**92672**
(Zip code)

*(Signature of Applicant)*
Christopher M. Wyant

I hereby consent to the above designation.

*(Signature of Designee Attorney)*
Caitlin C. Blanche

American LegalNet, Inc.
www.FormsWorkFlow.com